**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GLENDA YAMILETH GUTIERREZ DE LA O, a.k.a. Glenda Y Gutierrez, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | No. 07-72855 <br><br> Agency No. A094-330-199 <br><br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:    FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Glenda Yamileth Gutierrez De La O ("Gutierrez"), a native and citizen of

Honduras, petitions for review of the Board of Immigration Appeals' ("BIA")

order dismissing her appeal from an immigration judge's decision denying her

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

KN/Research

application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for substantial evidence, *INS v. Elias-Zacarias*, 502 U.S. 478, 481 n.1 (1992), we deny the petition for review.

The agency denied Gutierrez's asylum claim as time-barred and denied her withholding of removal claim based on an adverse credibility determination. Gutierrez, who is counseled, does not raise any arguments in her opening brief challenging the BIA's time-bar finding or its adverse credibility determination. *See Martinez-Serrano v. INS,* 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not supported by argument are deemed waived). Accordingly, we deny her petition for review.

**PETITION FOR REVIEW DENIED.**